UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **SEALED DOCUMENT**

CIVIL ACTION NO. 12-11580-RGS

CARL ERICKSON-BEY, Relator

v.

UNNAMED DEFENDANTS.

MEMORANDUM AND ORDER FOR DISMISSAL
January 14, 2013

STEARNS, D.J.

Pursuant to this court's Memorandum and Order (Docket No. 3) and the Electronic Order (Docket No. 5), plaintiff was directed that, if the United States declined to intervene in this action, he was to obtain a duly-licensed attorney who would file an appearance on his behalf. Counsel was also to file an amended *qui tam* complaint within 30 days after the United States's declination. On December 10, 2012, the United States filed a Notice Declining to Intervene (Docket No. 6).

To date, no duly-licensed counsel has filed an appearance on plaintiff's behalf, and no amended *qui tam* complaint been filed. The time period for doing so (as extended) has expired.

In light of the government's declination to intervene, and because plaintiff may not proceed *pro se* with this *qui tam* action, it is hereby Ordered that this action is DISMISSED in its entirety.

Finally, the United States has requested this action be unsealed. This court finds no basis to keep this case under seal. Accordingly, it is hereby Ordered that this action is unsealed in its entirety. *See American Civil Liberties Union v. Holder*, 673 F.3d 245, 247 (4th Cir. 2011) ("If [the government] intervenes or declines to intervene, the *qui tam* complaint and docket sheet are unsealed); *U.S. ex rel. Wenzel v. Pfizer, Inc.*, 2012 WL 3194481 (D. Mass 2012) (noting the general

rule in favor of unsealing *qui tam* actions).

SO ORDERED.

                                         /s/ Richard G. Stearns
                                         RICHARD G. STEARNS
                                         UNITED STATES DISTRICT JUDGE